# COLLECTIVE BARGAINING AGREEMENT

between
**GENESYS REGIONAL MEDICAL CENTER**
and
**AFSCME Local 3518**



*Affiliated with the
AFSCME Council 25 AFL-CIO*

---

*Effective: July 1, 2007
Expires: June 30, 2013*



b. If 3 to 4 absences occur during the six (6) month review period, the employee will be given another reprimand in accordance with Step One above.

c. If more than 4 absences occur the employee will be given a three (3) day suspension and will be reviewed again in nine (9) months (or sooner if not improved).

Step Three. If the employee receives a three (3) day suspension, the record will be reviewed in nine (9) months (or sooner if discharge is in order) in accordance with the following:

a. If 0 to 3 absences occur during the nine (9) month review period, the employee will be subject to Step Two.

b. If 4 to 5 absences occur the employee will be given a five (5) day suspension, and the record will be reviewed in nine (9) months (or sooner if not improved) in accordance with the standards set in Step Four.

c. If more than 5 absences occur the employee will be discharged.

Step Four. If the employee receives a five (5) day suspension, the record will be reviewed in nine (9) months (or sooner if discharge is in order) in accordance with the following:

a. If 0 to 3 absences occur the employee will be subject to the provision of Step Three for the next nine (9) month period.

b. If more than 3 absences occur the employee will be discharged.

C. **General**.

1. As a general rule, the Medical Center will review records on a monthly basis provided the Medical Center reserves the right to defer any disciplinary action until thirty (30) days following any six (6) month review period, it being understood, however, that subsequent absences will not count until after the disciplinary action has been issued.

2. Failure to report for work without informing the Medical Center as provided in Section 5 of this article will result in disciplinary action for failure to call the Medical Center.

3. After an absence has been counted toward the issuance of a written reprimand or suspension, it will not be counted in evaluating the employee's record at a later date.

4. After four (4) successive doctor's slips, in the preceding eighteen (18) months indicating the nature of the illness, the employee may be required to accept a health leave of absence until such time as his doctor and/or the Medical Center doctor reports, in writing, that the employee is in good health and is capable of performing his or her job on a continuous basis.

5. Any employee giving false reasons for his absence may be discharged.

6. Any employee off sick five (5) consecutive scheduled working days will be required to submit a doctor's statement upon returning to work.

7. In the event the employee receives a written reprimand for absenteeism and does not incur a subsequent penalty in the next twelve (12) months, said reprimand shall become null and void (and will not be used or referred to in any other proceedings).

8. The Medical Center reserves the right to waive the days off for a disciplinary suspension involving absenteeism and schedule the employee to work. The disciplinary step, in such event, shall not be waived.

**Section 2.** **Tardiness.** Excessive tardiness is defined as being tardy three (3) times in any thirty (30) day period without prior permission. Employees failing to record time at the start of their shift will be considered tardy. Employees reporting to work up to two (2) hours after their scheduled start time shall be considered tardy. Tardiness of more than two (2) hours after the start of their scheduled shift shall be considered an "absence" and subject to the provisions of Section 1(A)(4) above.
Employees who violate this rule and are "excessively" tardy as defined herein will be subject to the following penalties:

       1st Offense - Written Warning
       2nd Offense - Written Reprimand
       3rd Offense - Three (3) Work Day Suspension
       4th Offense - Five (5) Work Day Suspension
       5th Offense - Discharge

A. If there is a lapse of more than six (6) months between the time an employee is disciplined for excessive tardiness and the next infraction of this rule, the previous penalty will be repeated (for example, if an employee receives a three (3) day suspension on January 15 and does not violate the rule again until July 15, the three (3) day penalty will be repeated).

B. If there is a lapse of more than twelve (12) months between the time an employee is disciplined for excessive tardiness and the next infraction of this rule, the employee will back up one (1) step in the procedure (for example, if an employee receives a